THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEBBIE A. APPLEBY, et. al.,<br><br>Defendants. | Civil Action No. 2:17-cv-00334<br><br>**STIPULATED MOTION AND ORDER MODIFYING THE INITIAL DEADLINES** |

Pursuant to Fed. R. Civ. P. 6(b)(1) and Local Civil Rule 7(d)(1), the parties, by and through their undersigned counsel, respectfully move the Court to modify the deadlines for the parties' Fed. R. Civ. P. 26 (f) conference, initial disclosures, and joint status report (collectively, the "initial deadlines") for the following reasons:

On March 3, 2017, Plaintiff filed its Complaint. *See* Dkt. No. 1. On April 14, 2017, Defendants answered Plaintiff's Complaint. *See* Dkt. No. 9. Since the filing of defendants' answer, the parties have attempted advance this case expeditiously and amicably. In particular, the parties have engaged in productive discussions and preliminary discovery to explore the possibility of early settlement.

STIPULATED MOTION AND ORDER MODIFYING THE INITIAL DEADLINES
Civil Action No. 2:17-cv-00334 - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL RIGHTS DIVISION
HOUSING AND CIVIL ENFORCEMENT SECTION
950 PENNSYLVANIA AVE NW – NWB
WASHINGTON, DC 20530
(202) 353-9491

On May 11, 2017, at the request of the parties, this Court entered an order extending the initial deadlines to the following:

- Deadline for Fed. R. Civ. P. 26(f) Conference:    7/17/2017
- Deadline for Initial Disclosures:    7/24/2017
- Deadline for Joint Status Report:    7/31/2017

*See* Dkt. 11 ("Order of May 11, 2017").

So that the parties may further explore settlement discussions and conduct other necessary preparation for the lawsuit without the unnecessary expenditure of the parties' or the Court's resources, the parties do hereby AGREE, STIPULATE, and respectfully JOINTLY REQUEST that the Court extend the initial deadlines by approximately 45 days and enter the following order:

1. The schedule set for in the Court's Order of May 11, 2017 shall be vacated.

2. The following schedule shall apply:

- Deadline for Fed. R. Civ. P. 26(f) Conference:    8/31/2017
- Deadline for Initial Disclosures:    9/10/2017
- Deadline for Joint Status Report.    `    9/17/2017

So stipulated and respectfully submitted this 14th day of July, 2017.

//
//
//
//
//
//
//
//

STIPULATED MOTION AND ORDER MODIFYING THE INITIAL DEADLINES
Civil Action No. 2:17-cv-00334 - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL RIGHTS DIVISION
HOUSING AND CIVIL ENFORCEMENT SECTION
950 PENNSYLVANIA AVE NW – NWB
WASHINGTON, DC 20530
(202) 353-9491

Respectfully submitted,

DATED: July 14, 2017                                      DATED: July 14, 2017

JEFFERSON B. SESSIONS III                    LOEFFLER LAW GROUP, PLLC
Attorney General

/s/ *Jeana Poloni*
T.E. WHEELER, II                                          JEANA POLONI, WSBA #43172
Acting Assistant Attorney General            500 Union Street, Suite 1025
Civil Rights Division                                    Seattle, Washington 98101
                                                                   Phone: (206) 443-8678
SAMEENA SHINA MAJEED                        Fax: (206) 443-4545
Chief                                                            E-mail: jpoloni@loefflerlegal.com
Housing and Civil Enforcement Section

                                                                   Attorneys for Defendants
TIMOTHY J. MORAN
Deputy Chief
KATHRYN LEGOMSKY
Trial Attorney
Housing and Civil Enforcement Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue, NW – NWB
Washington, DC 20530
Tel: (202) 616-2450
Fax: (202) 514-1116
Kathryn.Legomsky@usdoj.gov


ANNETTE L. HAYES
United States Attorney

/s/ *J. Michael Diaz*
J. MICHAEL DIAZ, WSBA # 38100
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone:  206-553-7970
Fax:  206-553-4067
E-mail:  Michael.Diaz@usdoj.gov

Attorneys for Plaintiff
United States for America

STIPULATED MOTION AND ORDER MODIFYING THE INITIAL DEADLINES
Civil Action No. 2:17-cv-00334 - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL RIGHTS DIVISION
HOUSING AND CIVIL ENFORCEMENT SECTION
950 PENNSYLVANIA AVE NW – NWB
WASHINGTON, DC 20530
(202) 353-9491

1  **ORDER**

2  The parties having so stipulated, it is so ORDERED.

3  DATED this 17 day of July 2017.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER MODIFYING THE INITIAL DEADLINES
Civil Action No. 2:17-cv-00334 - 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL RIGHTS DIVISION
HOUSING AND CIVIL ENFORCEMENT SECTION
950 PENNSYLVANIA AVE NW – NWB
WASHINGTON, DC 20530
(202) 353-9491