| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEBBIE A. APPLEBY, APPLE ONE, LLC, APPLE TWO, LLC, and, APPLE THREE, LLC,<br><br>Defendants. | Civil Action No. 2:17-cv-334-RSM<br><br>**STIPULATED MOTION TO DISMISS AND ORDER OF DISMISSAL** |

## **STIPULATED MOTION TO DISMISS**

1. Plaintiff, United States of America, and Defendants, Debbie Appleby, Apple One, LLC, Apple Two, LLC, and Apple Three, LLC, (the "Parties") jointly move for the dismissal of this proceeding under Federal Rule of Civil Procedure 41(a)(2).

2. On March 3, 2017, Plaintiff the United States of America filed a Complaint in this action to enforce provisions of the Fair Housing Act, 42 U.S.C. §§ 3601 *et seq*.

3. On September 6, 2017, the Parties entered into the attached Settlement Agreement resolving all issues that were raised in the United States' Complaint. In consideration of, and consistent with the terms of the Agreement, the Parties jointly move the Court to dismiss the lawsuit with prejudice, subject to the terms of the Settlement Agreement of the Parties, which is attached hereto.

ORDER
Civil Action No. 2:17-cv-334-RSM- 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL RIGHTS DIVISION
HOUSING AND CIVIL ENFORCEMENT SECTION
950 PENNSYLVANIA AVE NW – NWB
WASHINGTON, DC 20530
(202) 353-9491

4. Each party to the action shall bear its own costs and attorney's fees.

5. A proposed order for dismissal is attached.

Dated: September 6, 2017

| | |
|---|---|
| ANNETTE L. HAYES<br>United States Attorney | JEFFERSON B. SESSIONS III<br>Attorney General |
| | JOHN M. GORE<br>Acting Assistant Attorney General<br>Civil Rights Division |
| */s/ J. Michael Diaz*<br>J. MICHAEL DIAZ, WSBA # 38100<br>Assistant United States Attorney<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101<br>Phone: 206-553-7970<br>Fax: 206-553-4067<br>E-mail: Michael.Diaz@usdoj.gov | SAMEENA SHINA MAJEED<br>Chief, Housing & Civil Enforcement Section<br><br>*/s/ Kathryn Legomsky*<br>TIMOTHY J. MORAN, Deputy Chief<br>KATHRYN LEGOMSKY, Trial Attorney*<br>Housing & Civil Enforcement Section<br>Civil Rights Division, U.S. Dept. of Justice<br>950 Pennsylvania Avenue, NW – NWB<br>Washington, DC 20530<br>Tel: (202) 616-2450<br>Kathryn.Legomsky@usdoj.gov<br>*Conditional Admission Granted |

*Counsel for Plaintiff United States*

*/s/ Jeana K. Poloni*
Jeana K. Poloni, WSBA # 43172
LOEFFLER LAW GROUP PLLC
500 Union Street, Suite 1025
Seattle, WA 98101-2300
Phone: 206.443.8678 / Fax: 206.443.4545
Email: jpoloni@Loefflerlegal.com

*Counsel for Defendants Debbie Appleby, Apple One LLC, Apple Two LLC, Apple Three LLC*

ORDER
Civil Action No. 2:17-cv-334-RSM- 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL RIGHTS DIVISION
HOUSING AND CIVIL ENFORCEMENT SECTION
950 PENNSYLVANIA AVE NW – NWB
WASHINGTON, DC 20530
(202) 353-9491

# **ORDER**

The Parties having so stipulated, it is so ordered that this case is DISMISSED.

Dated this 7th day of September, 2017.

<br>

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER
Civil Action No. 2:17-cv-334-RSM- 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL RIGHTS DIVISION
HOUSING AND CIVIL ENFORCEMENT SECTION
950 PENNSYLVANIA AVE NW – NWB
WASHINGTON, DC 20530
(202) 353-9491